# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

-FILED-
AUG 21 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 EXPEDITED HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[*This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.*]

| Name (under which you were convicted):<br><br>Jonathan Ferch | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*]<br>3:23-cv-785 |
|---|---|
| Place of Confinement : Indiana State Prison minimum-security unit | Earliest Possible Release Date: September 25, 2023 |

[*Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.*]

1. Name of facility holding the hearing: Indiana State Prison minimum-security unit

   Date of hearing: October 5, 2022.   Case number: ISO-22-09-0006

   Offense: Possession of a Cellular Device

   Code #121.   Did you plead guilty? ○ Yes. ■ No.

2. Lost earned credit time? ○ No. ■ Yes, I lost 100 days earned credit time.

   Was the loss of earned credit time suspended? ■ No. ○ Yes, it was suspended until: ____/____/_____.

   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ____/____/_____.

3. Demoted in credit class? ○ No. ■ Yes, I was demoted from Class B to Class C.

   Was the demotion suspended? ■ No. ○ Yes, it was suspended until: ____/____/_____.

   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ____/____/_____.

4. Appealed to the Superintendent? ○ No. ■ Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No. ■ Yes, the result was: Denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ■ No. ○ Yes, case number:

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ■ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months. I am indigent due to Indiana Department of Correction deducting and applying all state pay wages to pay restitution in the amount of ($250.00)

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*
***CAUTION**: **If you do not present every ground in this petition, you may be barred from doing so later.***]

**GROUND ONE**: [*Briefly describe your claim.*] **Cases # ISO-22-09-0002) & # ISO-22-09-0006) are filed together and are intertwined and related from the same incident on the same date and time, and should be consolidated.**

**Denied Exculpatory Evidence to Video Surveillance Footage**

**Denied Due Process & Impartial Decision-Maker**

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

On September 22, 2022, during the screening process, Offender Ferch requested video surveillance footage as evidence on the on the (Screening Report-Case #ISO-22-09-0006). On October 5, 2022, Offender Ferch's disciplinary hearing was held and he was denied the video surveillance footage or a summary thereof prior to his disciplinary hearing in order to prepare a defense against said charges. There is no record of a copy of a summary of the video surveillance footage that Offender Ferch requested in the administrative record. The DHB Board states on the Report of Disciplinary Hearing that restitution was ordered because of the physical evidence and that offender Ferch is responsible for his area. The DHB Board failed to give a reason as to why it failed to provide the exculpatory evidence being video surveillance footage. The DHB Board failed to state on the instrument that the cameras were inoperable, the video surveillance footage did not exist, that the bed location was out of view, and failed to include a video summary of the time and events that were to be reviewed.

Did you present Ground One to the Final Reviewing Authority?    ■ Yes.    ○ No.

**GROUND TWO**: [*Briefly describe your claim.*]

**Denied Exculpatory Evidence to Evidence Record Instructions**

**Denied Due Process & Impartial Decision-Maker**

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

On September 22, 2022, during the screening process, Offender Ferch requested a copy of the instructions on the back of the Evidence Record in (Case #ISO-22-09-0006). On October 5, 2022, Offender Ferch's disciplinary hearing was held and he was denied a copy of the Instructions on the back of the Evidence Record prior to his disciplinary hearing in order to prepare a defense against said charges. There is no record of a copy of the Instructions on the back of the Evidence Record that Offender Ferch requested in the administrative record. The DHB Board failed to give a reason as to why it failed to provide the exculpatory evidence being the Instructions on the back of the Evidence Record providing the proper-chain-of-custody with a mandatory signature on Line 14. The DHB Board failed to state on the instrument that the Instructions on the back of the Evidence Record did not exist or was unavailable.

Did you present Ground One to the Final Reviewing Authority?    ■ Yes.    ○ No.

**GROUND THREE**: [*Briefly describe your claim.*]

**Denied Exculpatory Evidence to Inspection Sheet of Bed Location**

**Denied Due Process & Impartial Decision-Maker**

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

On September 22, 2022, during the screening process, Offender Ferch requested a copy of the Inspection Sheet of his bed location prior to his moving into his current bed location (East-2, Row 2, Bed 11), in (Case #ISO-22-09-0006). On October 5, 2022, Offender Ferch's disciplinary hearing was held and he was denied a copy of the Inspection Sheet prior to his disciplinary hearing in order to prepare a defense against said charges. There is no record of a copy of the Inspection Sheet that Offender

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Ferch requested in the administrative record. The DHB Board failed to give a reason as to why it failed to provide the exculpatory evidence being the Inspection Sheet. The DHB Board failed to state on the instrument that the Inspection Sheet did not exist or was unavailable.

Did you present Ground Three to the Final Reviewing Authority? ■ Yes. ○ No.

**GROUND FOUR:** [*Briefly describe your claim.*]

Sufficiency of the Evidence

Denied Due Process & Impartial Decision-Maker

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

On September 22, 2022, during the screening process, Offender Ferch requested specific evidence such as video and inspection sheet on the (Screening Report-Case #ISO-22-09-0006). On October 5, 2022, Offender Ferch's disciplinary hearing was held and he was denied the requested evidence. Offender Ferch is housed in East-2 Dormitory were there are (121) offenders who have easy access to his bed location when he is not in it. East-2 Dormitory is an open dormitory without doors that secure offenders in their bed locations. East-2 Dormitory is a dorm that houses a large amount of offenders who are in the Recovery While Incarcerated (RWI) Program which has a constant turnover of offenders who move in-and-out of the dormitory upon completion of the program and for receiving Report of Conducts for disciplinary violations. So, the East-2 dormitory is heavily trafficked and there are constant bed location moves. The offender lockers (cabinets) are not secured to the floor and can be moved at any time to another location and switched. The evidence used against Offender Ferch at his disciplinary hearing failed to meet the "some evidence" standard or by a "Preponderance of the Evidence" standard that the Indiana Department of Correction bases its standard of an offender's guilt under Indiana Department of Correction's Policy #02-04-101, "Disciplinary Code for Adult Offenders." (2020) (page 35 & 36), section 2. Deliberation and Decision, subsection c.

Did you present Ground One to the Final Reviewing Authority? ■ Yes. ○ No.

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]

- ■ Report of Conduct
- ■ Screening Report
- ■ Report of Disciplinary Hearing
- ■ Letter from the Final Reviewing Authority
- ■ Other relevant documents: Offender Ferch's Appeal to the Warden at the Indiana State Prison and Higher Reviewing Authority at IDOC.

## RELIEF

I ask for the following relief: Case to be dismissed and expunged from the record, or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on August 15, 2022 at 7:00 am.

[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____        IDOC #225282
Signature – Jonathan Ferch                                                       Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]