AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JONATHAN FERCH
    Petitioner

v.      Civil Action No. 3:23-cv-785

WARDEN
*Indiana State Prison Minimum Security Unit*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: The Petition for Writ of Habeas Corpus is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on a Petition for Writ of Habeas Corpus.

DATE: 12/15/2023      CHANDA J. BERTA, CLERK OF COURT

     by    s/N. Corle
     *Signature of Clerk or Deputy Clerk*